ALEX G. TSE (CABN 152348)
Acting United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

DENISE M. OKI (CABN 311212)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7196
    FAX: (415) 436-7234
    Email: Denise.Oki@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 18-cr-0072 EDL |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER TO** |
| | ) | **CONTINUE STATUS HEARING** |
| v. | ) | |
| | ) | Date:         May 15, 2018, 11:00am |
| FELICIANO ARANDA and | ) | Court:       Hon. Elizabeth D. Laporte |
| PARKER PROWELL, | ) | |
| | ) | |
| Defendants. | ) | |

The parties are in continued discussions to resolve this matter and request that the status hearing currently scheduled for May 15, 2018 at 11:00 a.m. in the above-captioned matter be continued to May 29, 2017 at 11:00 a.m.

DATED: May 10, 2017                    Respectfully submitted,

                                       ALEX G. TSE
                                       Acting United States Attorney

                                    _____/s/_____
                                       DENISE M. OKI
                                       Special Assistant United States Attorney

DATED: May 10, 2017                                    /s/

DANIEL BLANK
Attorney for Feliciano Aranda

DATED: May 10, 2017                                    /s/

BRENDAN HICKEY
Attorney for Parker Prowell

### [PROPOSED] ORDER

For the reasons stated above, the Court continues the change of status hearing set in this case for May 15, 2018 at 11:00 a.m. to May 29, 2018 at 11:00 a.m.

IT IS SO ORDERED.

DATED: May 14, 2018                                    _____

THE HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION TO CONT STATUS
CR 18-072 EDL                                    2